IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

FRANKLIN D. REED, JR.                                                           PLAINTIFF

V.                                          CIVIL ACTION NUMBER: 4:05CV119LN

BILLY SOLLIE; KIM REECE;
UNKNOWN MOSELY; AND
UNKNOWN GRIFFIN                                       DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the request <u>ore tenus</u> of the Plaintiff that the action be dismissed with prejudice and final judgment entered. Being advised and finding that all claims against the Defendants have been resolved through compromise settlement, the Court finds this action should be dismissed. It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice. Each party shall bear his/its own costs.

SO ORDERED AND ADJUDGED, this the 23rd day of June, 2006.

                                                    /s/ Tom S. Lee
                                                    **UNITED STATES DISTRICT JUDGE**

**AGREED**:

/s/Franklin D. Reed, Jr.
Franklin D. Reed, Jr., #80656
The Plaintiff, Pro Se'

/s/Lee Thaggard
Lee Thaggard  (MSB #9442)
Attorney for Defendants